**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON ADAMS,<br><br>Defendant. | Case No. 26-03173-01-CR-S-MBB |

**MOTION FOR DETENTION**

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of defendant Brandon Adams, and moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. §3142(e) and (f) for the following reasons:

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

☐ Crime of violence (18 U.S.C. § 3156(a)(4)), under 18 U.S.C. §3142(f)(1)(A)

☐ A violation of 18 U.S.C. § 1591, under 18 U.S.C. §3142(f)(1)(A).

☐ Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more, under 18 U.S.C. §3142(f)(1)(A).

☐ Crime with a maximum sentence of life imprisonment or death, under 18 U.S.C. §3142(f)(1)(B)

☐ Drug offense with a maximum sentence of ten years or more, under 18 U.S.C. §3142(f)(1)(C)

☐ Felony offense and defendant has two prior convictions as described in 18 U.S.C. §3142(f)(1)(A) and (C), or two State convictions

that would otherwise fall within 18 U.S.C. §3142(f)(1)(A) and (C) if federal jurisdiction had existed, under 18 U.S.C. §3142(f)(1)(D)

☐ Felony offense involving a minor victim other than a crime of violence, under 18 U.S.C. §3142(f)(1)(E)

X Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon, under 18 U.S.C. §3142(f)(1)(E)

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250), under 18 U.S.C. §3142(f)(1)(E)

X Serious risk the defendant will flee, under 18 U.S.C. §3142(f)(2)(A)

☐ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror, under 18 U.S.C. §3142(f)(2)(B)

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check both):

X Defendant's appearance as required.

X Safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke a rebuttable presumption against defendant under § 3142(e). The presumption applies because (check all that apply):

☐ Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release, under 18 U.S.C. §3142(e)(2).

☐ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more, under 18 U.S.C. §3142(e)(3)(A).

☐ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or

kidnap), or 2332b (act of terrorism), under 18 U.S.C. §3142(e)(3)(B).

- ☐ Probable cause to believe defendant committed a violation of 18 U.S.C. §2332b(g)(5)(B) (crime of terrorism) of title 18, United States Code, for which a maximum term of imprisonment of 10 years or more is prescribed, under 18 U.S.C. §3142(e)(3)(C).
- ☐ Probable cause to believe defendant committed an offense under chapter 77 of title 18 for which a maximum term of imprisonment of 20 years or more is prescribed, under 18 U.S.C. §3142(e)(3)(D).
- ☐ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(l), 2245, 2251, 2251A, 2252(a)(l) through 2252(a)(3), 2252A(a)(l) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425, under 18 U.S.C. §3142(e)(3)(E)

4. **Additional Factors for Consideration**. The weight of the evidence against the defendant is strong and likely to result in a sentence of imprisonment. More specifically, in April 2026, the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") received an anonymous tip from a minor child regarding the defendant possessing firearms at his residence, despite being a prohibited person. The minor child was subsequently interviewed by the Child Advocacy Center, where he or she drew a map where firearms were located in and around the residence. ATF received and executed a search warrant for the residence on or about June 15, 2026, and located all of the firearms subject to the Indictment. A safe was located on the property, and the defendant was contacted via telephone for the passcode to the safe. The defendant claimed that he had to ask a friend who was with him for the passcode, and while ATF agents heard the defendant talking to a friend, at no time did the friend provide him with a passcode, after which the defendant independently provided agents the passcode for the safe. An ATF Special Agent was able to determine that all of the firearms

seized were firearms under the Gun Control Act of 1968 and had previously been transported in interstate or foreign commerce.

Additionally, several items of drug paraphernalia, suspected methamphetamine, and suspected marijuana were seized. The defendant is a multiple-time convicted felon with prior convictions for domestic assault in the third degree, unlawful use of a weapon, and felony nonsupport of a child. Further, the defendant is also prohibited by virtue of being previously convicted of a misdemeanor domestic violence offense, specifically domestic assault in the fourth degree in the Circuit Court of Ozark County, Missouri.

5. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☐ At the initial appearance.

X After a continuance of 3 days.

WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant in accordance with 18 U.S.C. § 3142(e).

Respectfully submitted,

**R. MATTHEW PRICE**
United States Attorney

By: ***/s/ Anthony M. Brown***

Anthony M. Brown
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on Thursday, September 24, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri.

***/s/ Anthony M. Brown***

Anthony M. Brown
Assistant United States Attorney